IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Brandon Stubor, | |
| Plaintiff, | ORDER OF RECUSAL |
| vs. | |
| Lucky's Auto Credit, | Case No. 2:20cv7 DB |
| Defendant. | |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.


DATED this __14th__ day of January, 2020.


BY THE COURT:

_____

Dee Benson
United States District Judge