HAND-DELIVERED TO ME this 17th day of January, 2020 at /1:40 a.m. a counterpart of this Docket Text Order in Stuber v. Lucky's Auto, LLC, Case No. 2:20-cv-00007, United States District Court, District of Utah with instructions to immediately deliver this document to Benson Miller.

Laura Allred
Printed Name:

Title: Account Manager

DOCKET TEXT ORDER: Defendant shall respond to Plaintiff's 4 Amended Motion to Compel Arbitration, Motion for Temporary Restraining Order, Motion for Preliminary Injunction no later than 5 PM on January 17, 2020. Plaintiff shall promptly provide notice of this order to Titanium Funds LLC and shall inform the court when it has done so. Titanium Funds LLC may file a response to **4** Amended Motion to Compel Arbitration, Motion for Temporary Restraining Order, Motion for Preliminary Injunction no later than 24 hours after he receives notice. (dlw) Modified on 1/17/2020 by correcting text (las). (Entered: 01/16/2020)